UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

TYRELLE MOTRAY HENDERSON, JR.,

        Plaintiff,

Case No. 1:24-cv-1028

Honorable Phillip J. Green

v.

COUNTY OF KENT, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on the grounds of immunity and failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: November 4, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge